UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

C.A. NO.: 04CV12381

| | |
|---|---|
| PAMELA PRIESTLY,<br>    Plaintiff | )<br>)<br>) |
| VS. | )<br>) |
| KAREN L. ZAFFIRO and<br>LIBERTY MUTUAL INSURANCE<br>COMPANY<br>    Defendants | )<br>)<br>)<br>) |

## DEFENDANT KAREN ZAFFIRO'S MOTION TO DISMISS PLAINTIFF'S CAUSE OF ACTION PURSUANT TO FED. R. CIV. P. RULE 12(b)(1)

Now comes the defendant, Karen Zaffiro and hereby requests this Honorable Court to grant her Motion to Dismiss Plaintiff's Cause of Action for lack of federal jurisdiction.

Specifically the plaintiff has failed to plead or otherwise show that the amount in controversy exceeds the sum or value of $75,000, exclusive of costs. 28 U.S.C. § 1332(a); Stewart v. Tupperware Corp., 356 F.3d 335 (1st Cir. 2004); Hampton Properties v. Eresian, 2004 WL 1690383 (Mass.Super). The burden is on the plaintiff to claim the amount-in-controversy and show that it meets the minimum requirement necessary for a federal court to have subject matter jurisdiction. Stewart, 356 F.3d at 339; Business Buyers of New England, Inc. v. Gurham, 754 F.2d 1 (Me. 1985); Lee-Wilson, Inc., v. General Electric Co., 222 F.2d 850 (Mass. 1955). If the amount in controversy is challenged by the opposing party, the burden remains on the plaintiff, as the party seeking federal jurisdiction, to allege "with sufficient particularity facts indicating that it is not a

1

legal certainty that the claim involves less than the jurisdictional amount." Id., (quoting Dep't of Recreation and Sports v. World Boxing Ass'n, 942 F.2d 84, 88 (1st Cir. 1991)).

In the case at bar, the plaintiff has failed to allege any amount-in-controversy in her complaint and has, therefore, not met her burden of showing that the amount in controversy meets the minimum jurisdictional requirement.

As to the present claim, the Plaintiff has submitted $5,397.00 in medical bills for soft tissue injuries. Of the $5,397.00 in bills incurred, $5,284.00 have been paid under Plaintiff's Personal Injury Protection Insurance, which serves as a set-off in the present litigation under M.G.L. Chapter 90, Section 34M.

For the foregoing reasons, the defendant respectfully requests that this Honorable Court grant her Motion to Dismiss Plaintiff's Cause of Action for her failure to allege subject matter jurisdiction.

### REQUEST FOR ORAL ARGUMENT

Respectfully submitted,
Karen Zaffiro,
By her attorney,

Garry W. Inge, Esquire
Law Offices of Kaufmann & Durant
10 New England Business Center
Suite 110
Andover, MA 01810
(978) 794-0465
BBO#276060

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 27, 2004, a true copy of the foregoing was served by First-Class Mail, postage prepaid upon:

Damon Scarano, Esquire
60 Commercial Wharf
Boston, MA 02110

Attorney Gina Cummings
Black, Cetkovic & Whitestone
200 Berkeley Street, 16th Floor
Boston, MA 02116

Donna M. Scamporino
Legal Assistant to
Attorney Garry V. Inge