UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

Civil Docket No: 04CV12381JT

| | |
|---|---|
| Pamela Priestley,<br>    Plaintiff | )<br>)<br>) |
| Vs. | )<br>) |
| Karen L. Zaffiro and,<br>Liberty Mutual Insurance Co.,<br>    Defendants | )<br>)<br>)<br>) |

**MOTION TO DISMISS DEFENDANTS' MOTIONS
FOR FAILURE TO COMPLY WITH LOCAL RULE 7.1(2)**

Now comes Pamela Priestley and alleges the defendants failed to comply with Local Rule 7.1(2):

"(2) Motion Practice. No motion shall be filed unless counsel certify that they have conferred and have attempted in good faith to resolve or narrow the issue."

There is no record of this in the documents.

The plaintiff,
By her attorney,

_____
Damon Scarano, Esquire
Attorney At Law
60 Commercial Wharf
Boston, MA 02110

## **CERTIFICATE OF SERVICE**

    I, Damon Scarano, attorney for the plaintiff, hereby certify that I have served a copy of the foregoing by mailing same, postage prepaid, to:

**Name of Document:**

    Pamela Priestly's Opposition to Defendant, Liberty Mutual Insurance Company's Motion to Dismiss Pursuant to Fed. R. Civ. P. Rule 12(b)(1) and Rule 12(b)(2)

    Motion to Dismiss Defendants' Motions for Failure to Comply with Local Rule 7.1(2)

**Names and Addresses of Attorneys of Record:**

    Garry V. Inge, Esquire
    Kaufmann & Durant
    10 New England Business Center
    Suite 110
    Adover, MA  01810

    Gina M. Cummings, Esquire
    Black, Cetkovic & Whitestone
    200 Berkeley Street
    Boston, MA  02116-5022

**Date of Service:**

    January 12, 2005

    This statement is signed under the pains and penalties of perjury.

_____
Damon Scarano