UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAMELA PRIESTLEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12381-JLT |
| | * | |
| KAREN L. ZAFFIRO and | * | |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY, | * | |
| | * | |
| Defendants. | * | |

ORDER

February 8, 2005

TAURO, J.

This court hereby orders that:

1. Plaintiff's Motion to Dismiss Defendants' Motions for Failure to Comply with Local Rule 7.1(2) [#5] is ALLOWED; and

2. This court will consider the Defendants' motions when counsel certify that they have conferred and have attempted in good faith to resolve or narrow the issues.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge