COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

C.A. NO.: 04CV12381

| | |
|---|---|
| PAMELA PRIESTLY,<br>Plaintiff | )<br>)<br>) |
| VS. | )<br>) |
| KAREN L. ZAFFIRO and<br>LIBERTY MUTUAL INSURANCE<br>COMPANY<br>Defendants | )<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL

Please withdraw my appearance as attorney for Defendant, Karen L. Zaffiro, in the above entitled case. This notice is accompanied by the appearance of my successor counsel.

Respectfully submitted,

Attorney for the Defendant,
Karen L. Zaffiro

Garry V. Inge, Esquire
BBO No.:247060
Law Offices of Kaufmann & Durant
10 New England Business Center
Suite 110
Andover, MA 01810
Tel: (978) 794-0465

Date: 4/1/05