COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

C.A. NO.: 04CV12381

| | |
|---|---|
| PAMELA PRIESTLY,<br>Plaintiff | )<br>)<br>) |
| VS. | )<br>) |
| KAREN L. ZAFFIRO and<br>LIBERTY MUTUAL INSURANCE<br>COMPANY<br>Defendants | )<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendant, Karen L. Zaffiro, in the above-entitled case.

Respectfully submitted,

Attorney for the Defendant,
Karen L. Zaffiro

James K. Kaufmann
BBO No.:550148
Law Offices of Kaufmann & Durant
10 New England Business Center
Suite 110
Andover, MA 01810
Tel: (978) 794-0465

Date: 4/1/05

## CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing Notice of Withdrawal and Notice of Appearance by First Class Mail, postage pre-paid, on all parties as listed below.

Damon Scarano, Esq.
60 Commercial Wharf
Boston, MA 02110

Gina M. Cummings, Esq.
200 Berkeley Street
Boston, MA 02116

Odalis L. Ramirez

Date: 4/1/05