## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                        UNITED STATES DISTRICT COURT
                                                    CIVIL ACTION NO.: 04CV12381 JLT

PAMELA PRIESTLY,                )
    Plaintiff                  )
                                )
VS.                             )
                                )
KAREN L. ZAFFIRO and             )
LIBERTY MUTUAL INSURANCE         )
COMPANY                         )
    Defendants                 )

### NOTICE OF WITHDRAWAL OF FIRM

As of May 20, 2005, THE LAW OFFICES OF KAUFMANN & DURANT is dissolved. Please withdraw the Appearance of THE LAW OFFICES OF KAUFMANN & DURANT for Defendant, Karen L. Zaffiro, in the above-entitled case. This notice is accompanied by the appearance of the successor firm, THE LAW OFFICES OF JAMES G. BYNOE.

Respectfully submitted,

*(signature)*
Attorney for the Defendant,
Karen L. Zaffiro

James K. Kaufmann, Esquire
BBO No: 550148
Law Offices of Kaufmann & Durant
10 New England Business Center
Suite 110
Andover, MA 01810
Tel: (978) 794-0465

Date: May 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this day, May 20, 2005, a true copy of the foregoing was served by First-Class Mail, postage prepaid upon:

Damon Scarano, Esq.
60 Commercial Wharf
Boston, MA 02110

Gina M. Cummings, Esq.
Law Offices of Black, Cetkovic & Whitestone
200 Berkeley Street, 16th Floor
Boston, MA 02116


_____
Donna M. Scamporino