COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                       UNITED STATES DISTRICT COURT
                                                   CIVIL ACTION NO.: 04CV12381 JLT

| | |
|---|---|
| PAMELA PRIESTLY,       ) | |
|     Plaintiff          ) | |
|                        ) | |
| VS.                    ) | |
|                        ) | |
| KAREN L. ZAFFIRO and   ) | |
| LIBERTY MUTUAL INSURANCE ) | |
| COMPANY                ) | |
|     Defendants         ) | |

**NOTICE OF APPEARANCE OF FIRM**

   Please enter the appearance of THE LAW OFFICES OF JAMES G. BYNOE for the Defendant, Karen L. Zaffiro, in the above-entitled case.

                                           Respectfully submitted,

                                           /s/ Bynoe
                                           Attorney for the Defendant,
                                           Karen L. Zaffiro

                                           James G. Bynoe, Esquire
                                           BBO No: 547821
                                           Law Offices of James G. Bynoe
                                           446 Main Street
                                           9th Floor
                                           Worcester, MA 01608
                                           (508) 799-9232 Telephone
                                           (508) 755-1685 Telecopier

Date: May 20, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, May 20, 2005, a true copy of the foregoing was served by First-Class Mail, postage prepaid upon:

Damon Scarano Esq.
60 Commercial Wharf
Boston, MA 02110

Gina M. Cummings, Esq.
Law Offices of Black, Cetkovic & Whitestone
200 Berkeley Street, 16th Floor
Boston, MA 02116

_____
Donna M. Scamporino