**COMMONWEALTH OF MASSACHUSETTS**

SUFFOLK, ss.                                    UNITED STATES DISTRICT COURT
                                                CIVIL ACTION NO.: 04CV12381 JLT

PAMELA PRIESTLY,              )
    Plaintiff                 )
                              )
VS.                           )
                              )
KAREN L. ZAFFIRO and           )
LIBERTY MUTUAL INSURANCE       )
COMPANY                       )
    Defendants                )

**NOTICE OF WITHDRAWAL**

    Please withdraw my appearance as attorney for Defendant, Karen L. Zaffiro, in the above entitled case. This notice is accompanied by the appearance of my successor counsel.

                                     Respectfully submitted,

                                     _/s/ signature_
                                   Attorney for the Defendant,
                                   Karen L. Zaffiro

                                   James K. Kaufmann, Esquire
                                   BBO No: 550148
                                   Law Offices of Kaufmann & Durant
                                   10 New England Business Center
                                   Suite 110
                                   Andover, MA 01810
                                   Tel: (978) 794-0465

Date: May 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this day, May 20, 2005, a true copy of the foregoing was served by First-Class Mail, postage prepaid upon:

Damon Scarano, Esq.
60 Commercial Wharf
Boston, MA 02110

Gina M. Cummings, Esq.
Law Offices of Black, Cetkovic & Whitestone
200 Berkeley Street, 16th Floor
Boston, MA 02116

_____
Donna M. Scamporino