COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                        UNITED STATES DISTRICT COURT
                                                    CIVIL ACTION NO.: 04CV12381 JLT

| | |
|---|---|
| PAMELA PRIESTLY,     | ) |
|     Plaintiff        | ) |
|                      | ) |
| VS.                  | ) |
|                      | ) |
| KAREN L. ZAFFIRO and | ) |
| LIBERTY MUTUAL INSURANCE | ) |
| COMPANY              | ) |
|     Defendants       | ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for the Defendant, Karen L. Zaffiro, in the above-entitled case.

                                        Respectfully submitted,

                                        _____
                                        Attorney for the Defendant,
                                        Karen L. Zaffiro

                                        James G. Bynoe, Esquire
                                        BBO No: 547821
                                        Law Offices of James G. Bynoe
                                        446 Main Street
                                        9th Floor
                                        Worcester, MA 01608
                                        (508) 799-9232 Telephone
                                        (508) 755-1685 Telecopier

Date: May 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this day, May 20, 2005, a true copy of the foregoing was served by First-Class Mail, postage prepaid upon:

Damon Scarano Esq.
60 Commercial Wharf
Boston, MA 02110

Gina M. Cummings, Esq.
Law Offices of Black, Cetkovic & Whitestone
200 Berkeley Street, 16th Floor
Boston, MA 02116

_____
Donna M. Scamporino