UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PAMELA PRIESTLEY**
        **Plaintiff**

**V.**

**KAREN L. ZAFFIRO and LIBERTY MUTUAL INSURANCE COMPANY,**
        **Defendant.**

CIVIL ACTION

NO. 04-12381-JLT

## ORDER OF DISMISSAL

**TAURO,D. J.**

In accordance with the Court's allowance of the defendants motion to dismiss on  February 8, 2005 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/

1/6/2006
Date

Zita Lovett
Deputy Clerk

(Dismendo.ord - 09/92)　　　　　　　　　　　　　　　　　　　　　　　　　　　[odism.]